## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| IN RE GENERAL CABLE CORPORATION SECURITIES LITIGATION | CIVIL ACTION NO. 2:17-CV-00025-WOB-CJS |

### DEFENDANTS' RESPONSE TO MOTION TO WITHDRAW AS COUNSEL OF ROBERT R. SPARKS AND RICHARD S. WAYNE

Come now Defendants, General Cable Corporation, Gregory B. Kenny and Brian J. Robinson, by and through counsel, and for their Response to the Motion to Withdraw as Counsel of Robert R. Sparks and Richard S. Wayne (Document #93), state that they have no opposition to the Motion.

Date: April 16, 2018                                    Respectfully submitted,

/s/ David F. Fessler
David F. Fessler
**FESSLER, SCHNEIDER & GRIMME**
14 North Grand Avenue
Ft. Thomas, KY 41075
Phone: (859) 291-9075
Fax: (859) 291-9165

### CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2018 I caused a true and correct copy of the foregoing Notice of Filing to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of that system.

/s/ David F. Fessler, Esq.