**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF KENTUCKY**

**NORTHERN DIVISION AT COVINGTON**

**CIVIL ACTION NO. 2:17-cv-25 (WOB-CJS)**

**SATISH DOSHI,** **PLAINTIFF**
**Individually and on behalf of**
**All other persons similarly situated**

**V.** **<u>JUDGMENT</u>**

**GENERAL CABLE CORPORATION, ET AL.** **DEFENDANTS**

Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that:

(1) Judgment is entered in favor of Defendants with respect to Plaintiff's claims, and these claims are accordingly **DISMISSED WITH PREJUDICE**; and

(2) This matter is stricken from the docket of this Court.

This 30th day of April, 2019.

**Signed By:**
***<u>William O. Bertelsman</u>*** WOB
**United States District Judge**